1094

THE STATE OF WASHINGTON, *Respondent*, v. GWYN M. GOVERN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 94-1-02819-3, George A. Finkle, J., entered January 30, 1995. *Affirmed* by unpublished per curiam opinion.

THE STATE OF WASHINGTON, *Respondent*, v. F.P.L., *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. G.G., *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. C.O., *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. D.O.V., *Appellant*.

Appeals from judgments of the Superior Court for King County, Nos. 94-8-08156-1, 94-8-08147-2, 94-8-08163-4 and 94-8-08170-7, Marsha J. Pechman, J., entered March 30 and April 6, 1995. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Becker and Cox, JJ.

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT NOLAN FALKNER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 93-1-05039-5, JoAnne Alumbaugh, J., entered June 7, 1995. *Reversed* by unpublished opinion per Agid, J., concurred in by Webster and Becker, JJ.